

RECEIVED
JUN 2 6 2008
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MichAEL JoNES

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

ChicAGo Police DepARTMENT Supt. Weiss

08CV3662
JUDGE HART
MAGISTRATE JUDGE KEYS

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I.  **Plaintiff(s):**

  A. Name: MICHAEL JONES

  B. List all aliases: NONE

  C. Prisoner identification number: 20080018771

  D. Place of present confinement: Cook County Jail

  E. Address: P.O. Box 089002 Chicago, IL. 60608

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Chicago Police Dept. Supt.

   Title: C.P.D. Supt. Weiss

   Place of Employment: 3501 S. Michigan Ave.

  B. Defendant: _____

   Title: _____

   Place of Employment: _____

  C. Defendant: _____

   Title: _____

   Place of Employment: _____

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 03/17/08 I, Michael Jones, was taken into custody by members of the Chicago Police Department. Members of the Chicago Police Department endangered my health and safety by forcing me to hand over my shoe strings to my boots. I explained to that John Doe officer in booking that it was difficult for me to walk or use this style of boot without strings. He said he was giving them back until I leave lock-up. Upon leaving the next morning I asked about my strings but no officer would listen as I begged for my strings.

I Plaintiff, Michael Jones, on 05/14/08 while in Cook County Jail prepared to take a shower before lock-up time. On the way down an iron flight of stairs (16 to be exact) I, Plaintiff's, boot did come

off because of the missing strings causing a lose of balance and me falling down the entire flight hitting my head and entire body on the way down. I was knocked unconsious along with recieving a twisted knee, damaged neck and back injuries. I suffered a large lump on my forehead too, as a result. I was rushed to an outside hospital put in I.C.U given X-rays and examined by several doctors. I was given morphine and I.V. drips for 23 hours Also included was a prescription of more pain medication to follow.

06/12/08  I'm still with a back injury and taking Robixan and Ibeprofen as medication. I still also have no shoe strings. They still refuse to give them back. I charge the defendant(s) with deliberate indifference for allowing such a silly policy to be enforced and rendering products purchased by citizens of these United States unsafe for use.

while not Replacing them with one's that fit or is safe for use. (As in my case stringless shoes or Able to keep the shoe strings themselves)

I state and stand by the claim that Supt. Weis is the Supt. of the Chicago Police Department and knew the practice existed therefore allowed his understudy/Employees to endanger my healt and safety which lead to Plaintiff's damages. The damages are painful headaches and dizziness from the trauma of the fall along with back problems. There are witness if the courts need them. And the sheriff's could take off work to testify to this.

06/19/08 I was dizzy and with a huge headache. I collapsed in the dayroom. I still waiting to see a doctor about this. Plus my shoe strings are still in the property department to this date.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly Request the Courts to issue An order Causing defendants to Release my Shoe strings from property And Pay compensation damages of $180,000 And Punitive damages of $90,000 for Negligence.

**VI.** The plaintiff demands that the case be tried by a jury.  ☐ YES   ☒ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20th  day of  June , 20 08

(Signature of plaintiff or plaintiffs)
Michael Jones

(Print name)
Michael Jones

(I.D. Number) 20080018771

Cook County Jail
P.O. Box 089002 Chicago IL.
(Address)  60608

6

Revised 9/2007