**PRISONER CASE**

③   Ⓐ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** MICHAEL JONES  
**Defendant(s):** CHICAGO POLICE DEPARTMENT SUPT. WEISS

**County of Residence:** COOK  
**County of Residence:**

**Plaintiff's Address:**  
Michael Jones  
#2008-0018771  
Cook County Jail  
P.O. Box 089002  
Chicago, IL 60608

**Defendant's Attorney:**

08CV3662
JUDGE HART
MAGISTRATE JUDGE KEYS

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham   **Date:** 06/26/2008

FILED
JUN 26 2008 TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT