**FILED**

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS** JUN 2 6 2008
**EASTERN DIVISION**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)     M I C H A E L   J O N E S            )

                                                      )     **08CV3662**

                        v.                            )     **JUDGE HART**

Defendant(s)   Chicago Police Dept,                   )     **MAGISTRATE JUDGE KEYS**
               Supt, Weis                             )

**MOTION FOR APPOINTMENT OF COUNSEL**

**[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]**

1.  I, __MICHAEL JONES__ ,declare that I am the (check appropriate box)

    [X] plaintiff     [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding**[NOTE: This item *must* be completed]**:

    **FILED**

    JUN 2 6 2008
    Jun 26, 2008
    MICHAEL W. DOBBINS
    CLERK, U.S. DISTRICT COURT

3.  In further support of my motion, I declare that (check appropriate box):

    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

    __Michael Jones__                    __Cook County Jail__
    Movant's Signature                   __P.O. Box 089002__
                                         Street Address

    __June 20th 2008__                   __Chicago, IL. 60608__
    Date                                 City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐