FILED

JUN 26 2008 *aew*
Jun 26. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

I, Michael Jones, the Plaintiff was unable to get to the law library to make copies and send them to the necessary places they are needed to go, so would you please make me copies and send them out.

Thank you
Michael Jones

08CV3662
JUDGE HART
MAGISTRATE JUDGE KEYS