## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3662 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Michael Jones (2008-0018771) v. Supt. Weiss | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to file *in forma pauperis* [3] is granted. The Court orders the trust fund officer to deduct $19.20 from Plaintiff's account as an initial partial filing fee. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. The Court dismisses the complaint without prejudice. Plaintiff is given 30 days to submit an amended complaint or the Court shall dismiss this case. The Clerk shall send Plaintiff one copy of the amended civil rights complaint form, instructions for filing, and a copy of this order.

■ [For further details see text below.]    Docketing to mail notices.

### STATEMENT

     Plaintiff is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $19.20. The supervisor of inmate trust accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Il. 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify state correctional authorities of any outstanding balance in the event Plaintiff is transferred from the Jail to a state correctional facility.

     Plaintiff brings this *pro se* action pursuant to 42 U.S.C. §1983. Plaintiff alleges that on March 17, 2008, Chicago Police officers took him into custody. While Plaintiff was in booking, the officers forced him to hand over his shoe strings although Plaintiff explained that it was difficult for him to walk without the shoe strings in his boots. An officer told him that his shoe strings would be returned when he left lock-up; however, they were not returned to him.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

**STATEMENT**

On May 14, 2008, after he was detained at Cook County Jail, Plaintiff's boot came off because of the missing shoe strings and he fell down a flight of stairs. Plaintiff was knocked unconscious, his knee was twisted, and his neck and back were injured. He was taken for immediate medical care. As of June 12, 2008, Plaintiff still suffers from his injuries; however, defendants refuse to return his shoe strings, which are still in the property department. Plaintiff claims that defendants acted with deliberate indifference for allowing such a silly policy to be enforced. Plaintiff seeks to have his shoe strings returned and money damages.

Plaintiff has named Supt. Weiss, the superintendent of the Chicago Police, as his sole defendant. The Court questions, however, whether Supt. Weiss or the police officers who took Plaintiff's shoe strings during booking are the proper defendants. Plaintiff fell almost two months after he was admitted into Cook County Jail. It seems odd that Supt. Weiss or the police officers would still have control over Plaintiff's shoe strings or his property box.

The Court therefore will allow Plaintiff either to explain why Supt. Weiss and the police officers are the proper defendants or to submit an amended complaint naming the defendants at Cook County Jail who did not permit him to have the shoe strings.

The Court accordingly dismisses the complaint without prejudice. Plaintiff is given 30 days from the date of this order to submit an amended complaint on the forms required by Local Rule 81.1 of this Court. Plaintiff must write both the case number and the judge's name on the complaint and return the originally filled out and signed form and a copy for the judge and a copy for each defendant he names to the Prisoner Correspondent. Plaintiff is advised to keep a copy for his files. The copies of the complaint may be either exact duplicates of the original (that is, photocopied from the original) or conformed copies of the original (that is, typed or hand written word for word from the original). If Plaintiff chooses to make conformed copies then he may request more copies of the amended complaint form from the Prisoner Correspondent. If Plaintiff does not timely comply with this order, this case shall be dismissed. However, Plaintiff will still be responsible for paying the filing fee.