

RECEIVED
Aug 18. 2008
AUG 1 8 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Michael Jones

**Plaintiff(s)**

**V.**

Supt. Weiss

Supt. of Chicago Police Department

**Defendant(s)**

Case No. 08C 3662

Honorable. WILLIAM, HART

# AMENDED COMPLAINT

Defendant Supt. Weiss As Supt. over the chicago Police Dept.
Is Assigned to oversee Policies, New Rules And the Actions of the
Employees ENTRusted under his chain of command. TO Guard the Public
OR detainees from the particular Risks of Harm A suspect may face
due to the challenged deprivation of care, concern or Rights As A
U.S. Citizen the Removal of shoe strings may be considered An Abstract.
But in term did create A serious Risk of harm which directly lead to
Plaintiff's Accident. therefore, Plaintiff states and stands by the claim
that defendant weiss Treated him with deliberate indifference when
he failed Reasonably to Respond to the policy Rendering suspect's personal
property unsafe for normal use while Knowingly the manufactured design
was changed once Removing the shoe strings leaving the quality of the
said product unsafe And it's safety quality of the boots to Run the
Risk of malfunctioning while in normal use causing serious harm to the
Plaintiff in his fall. IN No situation in America to my Knowledge is
it legal to Abuse or fail to uphold such A Job description without
Knowing it poses a Risk of serious harm. From childhood up to Adult years
We all Are aware of the dangers of falling should we wear defective
OR loose shoes. Plaintiff states that the defendant fail to Respond by
choice And left the Plaintiff No choice in this matter. As a Result of
deliberate indifference plaintiff suffered A severe physical injury to
his head, Knee, neck and back falling down 16 iron stairs After Plaintiff's
Shoe came off while in normal use. Plaintiff while at the police station
did take every precaution to Recover his shoe strings before leaving
but as told by the chicago police officer who processed his property
saying I had to give them up. the plaintiff complained to Cook County Jail
About Releasing them also. Cook County Jail told me No body Get's to go into
their property to get anything. Now Get the "H" Back in line!

And since no one was being allowed to get their string or anything else from their property bag plaintiff felt the reasonable thing to do was to comply before things got worse. Plaintiff feels if defendant's police officer under his authority had never took the shoe string while knowingly having no intention of returning them to plaintiff the accident would have been avoided. But since the boot did come off causing the plaintiff to be injuried it was no longer secure because of the missing strings. The fact that the plaintiff fell (2) two months later after being in the Cook County Jail doesn't change the fact why it happened. The truth of the matter is that police officers told the plaintiff whatever he needed to hear to move the processing stage right along without delay eventhough it was untrue when he stated the plaintiff would recieve them. The police endangered the plaintiff's health and safety. Defendant was aware that boots were not safe, that the design for safe or normal use was designed by the manufacturers with shoes strings to secure the boots to the foot. Or even had they came with some sort of replacement would have met the standard for safety for doing the job. The defendant's actions were carried out under the color of state law. Plaintiff took every reasonable step to avoid such a dangerous situation. Defendant originated the unsafe condition thus creating the hazard we now speak of by not returning the shoe strings to plaintiff. Furthermore, The Cook County Jail does not have a policy of no shoe strings. But they do in fact have a policy that doesn't allow an inmate's property to be opened until he is shipped out or leaves the jail. They also have a policy of no make shift or homemade shoe strings. This is why I haven't named Cook County as a defendant.

Therefore Plaintiff Respectfully Requests that this court Enters A Judgement in his favor And Against the defendant, Award compensatory And Punitive damages Against defendant in An Amount to be determined At TRIAL,

Award Plaintiff his reasonable Cost And Attorney Fees And Any further Relief this court Deems Just And Equitable. Supt. Weiss is liable For the Actions of Men under his Authority therefore this is where the Responsibility lies.

Respectfully Submitted

Michael Jones    08-11-08

MICHAEL JONES    08-11-08