FILED
Aug 18, 2008
AUG 1 8 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael Jones
2008-0018771
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08 C 3662

1:08-cv-03662

08-13-08

Dear Honorable William Hart,

I have limit Resources and I'm unable to get the addresses of my defendant. Could you please reconsider my motion for an attorney and allow the clerk to mail and make the necessary copies to the defendants.

Respectfully
Submitted

Michael Jones
#20080018771

The Plaintiff